UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Steven Antonio Ricks  Docket No. 5:12-CR-174-2D

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Steven Antonio Ricks, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable James C. Dever, Chief U.S. District Judge on January 11, 2013, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Steven Antonio Ricks was released from custody on November 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

According to the Presentence Report and this probation officer's conversations with Ricks, the defendant has no history of mental or emotional problems or treatment for such. It is also noted that during the period of pretrial supervision, this probation officer did not observe any mental health issues.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

In view of this information, it is recommended that the mental health condition be strickened from the judgment.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8686
Executed On: November 24, 2014

### ORDER OF THE COURT

Considered and ordered this __4__ day of __December__, 2014 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge